Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:    619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SIRBU,<br><br>            Plaintiff,<br><br>      vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>            Defendant. | Case No.  09-CV-02149-WBS-EFB<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

    Plaintiff, MICHAEL SIRBU, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on August 4, 2009.  NCO filed its responsive pleading on September 8, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

///

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 11/30/09         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 11/30/09         KROHN & MOSS, LTD.

/s/ Nicholas J. Bontrager
Nicholas J. Bontrager,
Attorney for Plaintiff,
Michael Sirbu

IT IS SO ORDERED.

Dated: _____
Hon. William B. Shubb
United States District Judge